# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO BUELNA CHAVEZ,<br><br>Defendant. | Criminal Case No. **20-CR-2483-JLS**<br><br>**ORDER** |

  IT IS HEREBY ORDERED that the Motion/Trial Setting for Defendant in the above-captioned matter currently scheduled for November 6, 2020 at 1:30 PM, be rescheduled to December 11, 2020 at 1:30 PM.

  For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

  **SO ORDERED.**

Dated: November 4, 2020

                  *Janis L. Sammartino*
                  Hon. Janis L. Sammartino
                  United States District Judge